**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

**CASE No.  7:25-cv-00564**


**ALEXANDER VICTOR LEE,**

     Plaintiff,

vs.

**UNITED WHOLESALE MORTGAGE LLC,**

     Defendant(s).

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Alexander Victor Lee, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action.  Defendant United Wholesale Mortgage LLC has not filed an answer or motion for summary judgment.

     DATED: February 10, 2026

                    Respectfully Submitted,

                     /s/Zane Hedaya
                    **ZANE C. HEDAYA, ESQ.**
                    Texas Bar No.: 24134450
                    E-mail: zane@jibraellaw.com
                    The Law Offices of Jibrael S. Hindi
                    1515 NE 26th Street,
                    Wilton Manors, Florida 33305
                    Phone: 754-444-7539

                    *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

 /s/Zane Hedaya
**ZANE C. HEDAYA, ESQ.**
Texas Bar No.: 24134450